UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,	Case No.: 1:23-CR-326 (JDB)

    Plaintiff,	Hon. John D. Bates
    	United States District Judge

vs.

KARLA ADAMS,

    Defendants.
_____/

**CONSENT REQUEST FOR REMOTE PLEA HEARING**

Defendant Karla Adams, by and through her counsel, Heath M. Lynch of SBBL LAW, PLLC, hereby moves this Honorable Court to permit the parties to appear remotely for the plea hearing scheduled in this matter. In support of this motion, counsel states the following:

1.    Per prior order of the court, Ms. Adams is scheduled to appear before this Honorable Court on December 9, 2024, at 11:30 a.m. for a plea hearing in the above referenced case. At that time, Ms. Adams anticipates entering a plea of guilty to two Class B Misdemeanors.

2.    Undersigned counsel is requesting that the plea hearing be held remotely as Ms. Adams and Mr. Lynch reside in the Western District of Michigan.

3.    For this reason, Ms. Adams respectfully asks this Court to permit the parties to appear for the December 9, 2024, plea hearing remotely.

4. Undersigned counsel has discussed this request with Ms. Adams and is authorized to state that he agrees with the instant request. Attached is the waiver of in court appearance signed by Ms. Adams.

5. Undersigned counsel has also contacted Assistant United States Attorney Samuel White and is authorized to state that the United States does not oppose the relief sought in this motion.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this Court permit the parties to appear remotely for the plea hearing scheduled for December 9, 2024, at 11:30 a.m.

Respectfully submitted,

Dated: December 6, 2024

/s/ Heath M. Lynch
Heath M. Lynch
Attorney for Defendant
SBBL LAW, PLLC
60 Monroe Center NW, Suite 500
Grand Rapids, MI 49503
(616) 458-5500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2024, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

*/s/ Heath M. Lynch*
Heath M. Lynch

Doc ID: 8b9d9665d7813ba7ce4f681326c60e0f03ec3911

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KARLA ADAMS,

    Defendants.

_____/

Case No.: 1:23-CR-326 (JDB)

Hon. John D. Bates
United States District Judge

## WAIVER OF IN COURT APPEARANCE AND CONSENT TO PROCEED REMOTELY

I, Karla Adams, hereby waive my appearance to physically appear in court for my upcoming plea hearing currently scheduled for Monday, December 9, 2024, at 11:30 a.m. I understand that the hearing will be held virtually. I have discussed the matter with my attorney and I voluntarily agree to a remote plea hearing.

Dated: December 6, 2024

/s/ *Karla Adams*
Karla Adams

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:23-CR-326 (JDB) |
| Plaintiff, | Hon. John D. Bates<br>United States District Judge |
| vs. | |
| KARLA ADAMS, | |
| Defendants. | |

_____/

PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's consent request for remote plea hearing. The Court, having considered the motion, and being fully advised:

**ORDERED**, that the motion be and the same is hereby GRANTED; and it is further,

ORDERED, that the parties are permitted to appear remotely for the plea hearing scheduled for December 9, 2024, at 11:30 a.m.


Dated: December ___, 2024         /s/_____
                                  Hon. John D. Bates
                                  United States District Judge