# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARLA ADAMS,<br><br>Defendant. | Criminal Action No. 23-326 (JDB) |

## ORDER

Upon consideration of [62] the government's motion to dismiss the information with prejudice pursuant to Federal Rule of Criminal Procedure 48(a), and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that all pending deadlines and hearings in this matter are hereby **TERMINATED**. The Clerk of Court is directed to terminate this case.

/s/
JOHN D. BATES
United States District Judge

Dated: January 22, 2025